[Nos. 22217-9-III; 23708-7-III. Division Three. March 31, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JORDAN D. KNIPPLING, *Appellant*.

*In the Matter of the Personal Restraint of* JORDAN D. KNIPPLING, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-03111-1, Salvatore F. Cozza, J., entered July 3, 2003, together with a petition for relief from personal restraint. Judgment *affirmed in part* and *remanded*, and petition *denied* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Brown, JJ.

[No. 22756-1-III. Division Three. March 31, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN M. WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-02905-1, Tari S. Eitzen, J., entered January 14, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 22802-9-III. Division Three. March 31, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDALL JAY DELIVUK, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-01864-4, Richard J. Schroeder, J., entered October 12, 2003. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Kurtz, J.